White and Williams LLP
One Penn Plaza
Thirty-fifth floor, Suite 3508
New York, New York 10119
212.244.9500
*Attorneys for defendant The Northwestern Mutual Life Insurance Company*
RAFAEL VERGARA (RV-4098)

UNITED STATES DISTRICT COURT
EASTERN OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY as subrogee of THE ROSEN PUBLISHING GROUP, INC.<br>Hartford Plaza<br>Hartford, CT 06115<br><div align="right">Plaintiff</div><br>v.<br><br>AMERADA HESS CORPORATION<br>1 Hess Plaza<br>Woodbridge, NJ 07095<br><br>and<br><br>ALLIED EQUIPMENT COMPANY, INC.<br>113 Coach Rd.<br>Langhorne, NJ 19047<br><br>and<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>4 Irving Place<br>New York, NY<br><br>and<br><br>CONSOLIDATED EDISON, INC.<br>4 Irving Place<br>New York, NY<br><div align="right">Defendants.</div> | Civil Action No.: 06-cv-3544<br><br><br><br><br><br><br>**NOTICE OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a)** |

**PLEASE TAKE NOTICE** that plaintiff Hartford Insurance Company as subrogee of

The Rosen Publishing Group, Inc., through its attorneys, White and Williams LLP, will move

DOCS_NYC 5864v.1

-2-

before this Court, located at **225 Cadman Plaza East, Brooklyn, N.Y. 11201**, on **August 18, 2006, at 10:00 a.m.**, or soon thereafter as counsel could be heard for an order transferring this civil action to the United States District Court, Southern District of New York, pursuant to 28 U.S.C. § 1406(a).

Date: July 28, 2006

                                          Respectfully submitted,
                                          **WHITE AND WILLIAMS LLP**

                                          BY: _/s/ Rafael Vergara_
                                          Rafael Vergara (RV-4098)
                                          White and Williams LLP
                                          One Penn Plaza, Suite 3508
                                          New York, NY 10119
                                          Phone: 212-244-9500
                                          Fax: 212-631-4436
                                          *Attorneys for Plaintiff*

TO:    Amerada Hess Corporation
         1 Hess Plaza
         Woodbridge, NJ 07095

         Allied Equipment Company, Inc.
         113 Coach Rd.
         Langhorne, NJ 19047

         Consolidated Edison Company Of New York, Inc.
         4 Irving Place
         New York, NY 10003

         Consolidated Edison, Inc.
         4 Irving Place
         New York, NY 10003